**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Luis Jose VILLALOBOS, also known as Jose Luis Villalobos,**
**Defendant–Appellant.**

**No. 13–20204**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 16, 2014.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Luis Jose Villalobos, Big Spring, TX, pro se.

Before PRADO, ELROD, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Luis Jose Villalobos has moved for leave to

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Villalobos has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for

leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

published and is not precedent except under the limited circumstances set forth in 5TH CIR.